IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 4:25-cr-133 |
| v. | |
| MARTIN JAMES TIRRELL, | MOTION TO WITHDRAW AS COUNSEL |
| Defendant. | |

COMES NOW, Melanie S. Keiper of the Federal Public Defender's Office and pursuant to LR 83(d)(6), respectfully requests the Court's permission to withdraw as attorney for the defendant, Martin James Tirrell.  Assistant Federal Public Defenders Joseph D. Herrold and Phillip F. Jose entered their appearances on behalf of the defendant on November 12, 2025. (Docket Nos. 22 & 23).

Respectfully Submitted,

 /s/ Melanie S. Keiper
MELANIE S. KEIPER
Assistant Federal Public Defender
FEDERAL DEFENDER'S OFFICE
400 Locust Street, Suite 340
Des Moines, Iowa 50309-2353
Phone: (515) 309-9610
Fax: (515) 309-9625
Email: melanie_keiper@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2025, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

 /s/ Morgan Conn, Paralegal