## United States District Court for the Southern District of Iowa

Presiding: Honorable Stephanie M. Rose, Chief U.S. District Judge

Case No.  4:25-cr-00133-SMR-HCA-1          :    Clerk's Court Minutes –  Jury Trial Day 3

| Plaintiff(s) | : | Defendant(s) |
|---|---|---|
| USA | : | Martin James Tirrell |

Plaintiff(s) Counsel: Adam J. Kerndt, Joseph Lubben

Defendant(s) Counsel: Carly Rae Scott, Jessica Donels

Court Reporter: Kelli Mulcahy          :    Interpreter: N/A

Motion(s) for Ruling:                    Ruling    /    Ruling Reserved

Proceedings:

8:15 AM Court and counsel take up matters outside the presence of the jury. Court and counsel discuss Final Jury Instructions. 8:31AM Jury is seated in the courtroom. Government calls witness, William Boord . Witness sworn and testifies. 8:41 AM Witness excused. 8:42 AM Government calls witness, George Cataldo. Witness sworn and testifies. 9:11 AM Witness excused. 9:13 AM Government recalls witness Special Agent Kevin Kohler. Witness remains under oath. 10:15 AM Jury is excused and court recesses.

10:36 AM Court and counsel take up matters outside the presence of the jury. 10:37 AM  Jury is seated in the courtroom. Testimony of Special Agent Kevin Kohler continues. 11:21 AM Witness excused. 11:22 AM Jury excused.  Court recesses.

11:32 AM Jury is seated in the courtroom. Government calls witness, Michael Antebi. Witness sworn and testifies. 12:24 PM Jury excused for lunch. 12:25 Court recesses.

1:49 PM Jury is seated in the courtroom. Testimony of Michael Antebi resumes. Witness is reminded that he is under oath. 2:38 PM Witness excused. 2:38 Government recalls witness Special Agent Kevin Kohler. Witness remains under oath.

3:41 PM Jury is excused for the day. Court and counsel take up matters outside the presence of the jury.
3:46 PM Adjourn. Court to resume at 8:15 AM on July 16, 2026.

Total time in Court 5 hours 36 minutes.

Time Start: 8:15 AM

Time End:  3:46 PM

Date: July 15, 2026

/s/ Penny Luthens

Deputy Clerk