IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | Criminal No. 4:25-cr-133 |
| v. | ) ) ) ) | SECOND MOTION TO EXTEND OFFENSE CONDUCT SUBMISSION |
| MARTIN JAMES TIRRELL, | ) ) | |
| Defendant. | ) | |

The United States requests the Court extend the deadline for the government's Offense Conduct Statement (OCS) to Monday, August 10, 2026. The current deadline for the government to submit its OCS is August 6, 2026. A prior one-week extension was granted due to the undersigned being out-of-the-office for a week and the complex nature of this Ponzi scheme. The matter was tried in a four-day jury trial.

The government requests this additional brief extension due to the complicated nature of this case and the critical importance to the Court, Probation Office, and Defendant that the OCS is precise, thorough, and accurate. The complex nature of this expansive Ponzi scheme requires careful and painstaking calculations to arrive at appropriate loss and restitution figures. This brief extension will enable the government to provide the U.S. Probation Office with the most helpful version of the OCS.

No party will be prejudiced by this request.

Wherefore, the United States requests the Court extend the deadline for the government to submit the OCS to August 10, 2026.

Respectfully submitted,

David C. Waterman
United States Attorney

By:    */s/ Adam J. Kerndt*
Adam J. Kerndt
Assistant United States Attorney
Neal Smith Federal Building
210 Walnut Building, Suite 455
Des Moines, Iowa 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: Adam.Kerndt@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2026, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system.  I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

_____U.S. Mail _____ Fax _____Hand Delivery

__X__ECF/Electronic filing    _____Other means


UNITED STATES ATTORNEY

By: _ */s/ David Maller*_____
     Paralegal Specialist