**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**MARTIN JAMES TIRRELL,**<br><br>**Defendant.** | **Case Nos. 4:25-cr-133; 4:19-cr-5**<br><br>**UNRESISTED MOTION TO CONTINUE SENTENCING AND REVOCATION HEARING** |

**COMES NOW** the defendant, by and through undersigned counsel, and respectfully moves the Court to continue the sentencing and revocation hearings currently set for October 30, 2026, for 2 weeks, and in support, states the following:

1. Defendant continues to experience health issues of which the Court is already aware.

2. Defendant has an initial appointment early next week to obtain a specialist referral; the specialist appointment has not yet been scheduled.

3. Defendant is hopeful that a two-week continuance will provide sufficient time to attend the initial appointment, obtain the referral, and arrange further evaluation and treatment.

4. The undersigned again conferred with Assistant U.S. Attorney Adam Kerndt, who does not object to continuing the hearing 2-weeks to November 13.

5. Good cause exists to continue the hearings 2 weeks, and it is in the interest of justice to do so.

**WHEREFORE,** the defendant respectfully asks that the Court continue the sentencing and final revocation hearing from October 30, 2026, to November 13, 2026, or to a date and time thereafter, at the Court's convenience.

**PARRISH KRUIDENIER L.L.P.**

BY: Carly Rae Scott

Carly Rae Scott AT0015326
Jessica Donels AT0013389
2910 Grand Avenue
Des Moines, IA 50312
Telephone: (515) 284-5737
Fax: (515) 284-1704
Email: jdonels@parrishlaw.com
cscott@parrishlaw.com
**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 29, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and a true copy of the foregoing was served electronically on the attorneys of record.

By: */s/ Carly Rae Scott*