**United States District Court for the Southern District of Iowa**

Presiding: Honorable Stephanie M. Rose, Chief U.S. District Judge
Criminal No. 4:25-cr-00133-SMR-HCA-1/4:19-cr-5-SMR-HCA-1 : Clerk's Court Minutes – Attempted Sentencing and Final Revocation Hrg.

---

UNITED STATES OF AMERICA VS. Martin James Tirrell

---

Gov. Atty(s): Adam J. Kerndt, Joseph Lubben : ✔ Indictment Superseding Indictment Information
Def. Atty(s): Carly Rae Scott : In 11 Count(s) – Code Violation:
Court Reporter: Kelli Mulcahy : FRAUD BY WIRE, RADIO, OR TELEVISION 18:1343
Interpreter: N/A : Wire Fraud
(1-11)

Date: November 16, 2026 : SR Violation IASD Case Number 4:19-cr-5-SMR-HCA-1
Time Start: 9:14 AM Time End: 10:03 AM :

---

Defendant reaffirmed guilty plea to Count(s) : ✔ Court adopted findings of Final PSR
Jury ✔ Court guilty verdict to Count(s) 1 : Final PSR as amended

---

Minutes:

Defendant is present with counsel for sentencing. Defendant satisfied with counsel. Defendant advised of maximum penalties and informed of PSR. Parties discuss PSR and discuss objections. Total Offense Level = 25; Criminal History Category = II Guideline Imprisonment Range = 63-78 months. Government offers Exhibits 1 and 2. No objections. Court admits Exhibits 1 and 2 under seal; ECF [111].

Court outlines violations of SR in IASD Case Number 4:19-cr-5-SMR-HCA-1: (1) Failure to Report Law Enforcement Contact. Defendant contests the violation. 9:43 AM Government calls witness Casie Ritchie, Supervising United States Probation Officer. Witness sworn and testifies. 9:46 AM Cross examination. 9:48 AM Redirect. 9:49 AM Court colloquy. 9:50 AM Witness excused. 9:52 AM Defense calls defendant Martin James Tirrell. Witness sworn and testifies. 9:56 AM Cross examination. 10:03 Redirect. Witness excused. 10:04 AM Court holds colloquy with parties and recesses.

Hearing is continued. Text Order resetting sentencing and final revocation hearing to follow.

Defendant remains detained.

---

Sentence Imposed:

/s/ Penny Luthens
Deputy Clerk